UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>WILDFIRE MODEL WFB150-Q2 OFF-ROAD ALL-TERRAIN VEHICLES, et al.,<br><br>             Defendants. | CASE NO. C11-5913 BHS<br><br>ORDER GRANTING MOTIONS TO FILE OVERLENGTH BRIEFS |

This matter comes before the Court on the parties' motions to file overlength briefs (Dkt. 84 & 85).

On December 6, 2013, both parties filed a motion for overlength summary judgment briefs. *Id*. The Court grants the motions and page limits will be as follows: opening briefs, 40 pages; responsive briefs, 40 pages; and reply briefs, 20 pages.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2013.

                                     */s/ Benjamin H. Settle*
                                     BENJAMIN H. SETTLE
                                     United States District Judge